IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re: Tribune Media Company, et al

WILMINGTON TRUST COMPANY )
)
)
)   Civ. No. 15-1116 GMS
Appellant, )   Bankruptcy Case No. 08-13141 (KJC)
)   AP No. 15-00074
v. )
)
TRIBUNE MEDIA COMPANY, )
)
)
Appellee. )

**ORDER**

At Wilmington this 6th day of January, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 8);

IT IS ORDERED that the recommendation is accepted; however, the court will delay issuing a briefing schedule regarding this bankruptcy appeal until final disposition of WTC's Certification Request.

_____
United States District Judge